THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNWIRED GLOBAL SYSTEMS LLC,**<br><br>    Plaintiff,<br><br>    *v.*<br><br>**EUROTECH INC.,**<br><br>    Defendant. | CASE NO. 1:23-CV-01167-CFC<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

Plaintiff Unwired Global Systems LLC, by and through its counsel, and subject to the Order of the Court, hereby moves to extend the time within which Defendant EUROTECH INC. ("Defendant"), may answer, move or otherwise respond to Plaintiff's Complaint in this action to and including December 8, 2023, and in support thereof states as follows:

1. The Complaint in this matter was filed on October 17, 2023. (D.I. 1).

2. The Complaint was served on Defendant's registered agent on October 18, 2023. (D.I. 6).

3. Defendant's answer deadline is November 8, 2023.

4. Defendant has not appeared yet and is unreachable, so Plaintiff is unable to determine whether this Motion is opposed.

5. Plaintiff is requesting to issue an alias summons contemporaneously

with this motion and will re-serve this process on Defendant's office address at Eurotech Inc., 10260 Old Columbia Road Columbia, MD 21046.

6. Pursuant to D. Del. LR 7.1.1, counsel for Plaintiff states that Defendant's counsel has not appeared but that a copy of the motion will be served on Defendant's office address.

7. This is the first request for such an extension.

8. The requested extension is not sought for any improper purpose and would not unduly prejudice any party to this action.

Accordingly, Plaintiff requests that the Court grant this Motion and extend the time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint to December 8, 2023.

Date: November 8, 2023

Respectfully submitted,

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
Phillips, McLaughlin & Hall, P.A.
1200 North Broom Street
Wilmington DE, 19806
(302) 655-4200
JCP@PMHDELaw.com
MCH@PMHDELaw.com

Isaac Rabicoff
Rabicoff Law LLC
(*pro hac vice forthcoming*)
600 Mamaroneck Ave STE 400

- 3 -

                              Harrison, NY 10528
                              Tel. (773) 669-4590
                              issac@rabilaw.com

*Attorneys for Plaintiff*
*Unwired Global Systems LLC*


**SO ORDERED**, this _____ day of November 2023.


_____
**The Honorable Colm F. Connolly**
**Chief, United States District Court Judge**