# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNWIRED GLOBAL SYSTEMS LLC,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**EUROTECH INC.,**<br><br>　　Defendant. | CASE No. 1:23-CV-01167-CFC<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff UNWIRED GLOBAL SYSTEMS LLC hereby dismisses this action without prejudice. Defendant EUROTECH INC. has not yet answered the Complaint or moved for summary judgment.

Date: December 6, 2023                                        Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ John C. Phillips, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　John C. Phillips, Jr. (#110)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Megan C. Haney (#5016)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Phillips, McLaughlin & Hall, P.A.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1200 North Broom Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Wilmington DE, 19806
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(302) 655-4200
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JCP@PMHDELaw.com

MCH@PMHDELaw.com

Isaac Rabicoff
Rabicoff Law LLC
(*pro hac vice forthcoming*)
600 Mamaroneck Ave STE 400
Harrison, NY 10528
Tel. (773) 669-4590
issac@rabilaw.com

***Attorneys for Plaintiff***
***Unwired Global Systems LLC***

SO ORDERED this _____ day of _____, _____.

_____
The Honorable Colm F. Connolly
Chief, United States District Court Judge